FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MCKENZIE LAWRENCE and ISAAC LAWRENCE, husband and wife,<br><br>            Plaintiffs,<br><br>     v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign entity,<br><br>            Defendant. | No.   2:20-cv-00418-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 13, 2021, the parties filed a stipulated dismissal, ECF No. 11. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulation for Dismissal Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), **ECF No. 11**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of May 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2